AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| ABC IP, LLC, a Delaware Liimted Liability Company and Rare Breed Trigger, Inc., a Texas Corporation<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Galactic Outfitters LLC, a Mississippilimited liability company and Daniel Fisher<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    3:26-cv-00541-DPJ-ASH

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Daniel Fisher
4031 Fowler Dr
Durant, Mississippi 39063

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Decker A. Cammack
WHITAKER, CHALK, SWINDLE AND SCHWARTZ, PLLC
301 Commerce St., Suite 3500
Fort Worth, TX 76012

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**
*CLERK OF COURT* ,

Date:    07/24/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| ABC IP, LLC, a Delaware Liimted Liability Company and Rare Breed Trigger, Inc., a Texas Corporation <br><br> *Plaintiff(s)* <br><br> v. <br><br> Galactic Outfitters LLC, a Mississippilimited liability company and Daniel Fisher <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  3:26-cv-00541-DPJ-ASH

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Galactic Outfitters LLC
4031 Fowler Dr
Durant, Mississippi 39063

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Decker A. Cammack
WHITAKER, CHALK, SWINDLE AND SCHWARTZ, PLLC
301 Commerce St., Suite 350
Fort Worth, TX 76012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ARTHUR JOHNSTON**

*CLERK OF COURT,*

Date:  07/24/2026

_____
*Signature of Clerk or Deputy Clerk*